NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ANTONIO COLBERT,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5029

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00918-FMA, Judge Francis M. Allegra.

———————————

**ON MOTION**

———————————

**O R D E R**

Antonio Colbert moves for leave to proceed in forma pauperis and for his appeal to be reinstated.

This case was dismissed on January 9, 2014 for failure to pay the fee and for failure to submit a brief. Colbert submitted his brief on June 9, 2014, along with the pending motions. Colbert, however, failed to file a completed Federal Circuit Form 6, which this court uses to

2                                 COLBERT v. US

determine whether an appellant meets the requirements for proceeding in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The court's January 9, 2014 order will be vacated, the mandate will be recalled, and the case will be reinstated if Colbert files Form 6 (enclosed) within 21 days of the date of this order.

(2)  All other pending motions are denied as moot.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24